# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0783

_____

HOWARD DAVIS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Columbia County.
Melissa Olin, Judge.

November 13, 2025

PER CURIAM.

DISMISSED.

ROBERTS, WINOKUR, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Howard Davis, pro se, Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.